IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TOBIAS THEISEN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:22-CV-225-MJT |
| | § | |
| CITY OF BEAUMONT, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The District Court referred Defendant's Motion to Compel [Dkt. 13] and Defendant's Motion to Dismiss [Dkt. 18] to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration and disposition.  On June 27, 2023, the Magistrate Judge entered a Report and Recommendation [Dkt. 25] in which she recommended that this case be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 25] is ADOPTED.  This suit is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SIGNED this 21st day of July, 2023.**

Michael J. Truncale
United States District Judge